Le Roy M. Kellas, as Trustee in Bankruptcy for Patrick J. Murtagh, Respondent, v. St. Andrew's Roman Catholic Church of Norwood, N. Y., Impleaded with John J. Sullivan, Appellant.— Order construing the order of reference reversed, without costs of either party, and judgment vacated and matter remitted to the Special Term to pass upon the report of the referee. Matter may be brought before the Special Term by motion for confirmation thereof. All concurred, except Houghton, J., dissenting on the ground that the order of reference having been made upon stipulation of the parties without intervention of the court, in pursuance of section 1011 of the Code of Civil Procedure, it could have been only to

hear and determine; and Betts, J., dissenting and voting for affirmance of the judgment, with costs, and that the order construing the order of reference be affirmed, without costs, and the appeal from the *ex parte* order be dismissed, without costs.

George S. Kidder v. Port Henry Iron Ore Company of Lake Champlain and Another.— Motion granted and proposed questions certified.